UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis HERNANDEZ ZAMORA,<br><br>                                    Petitioner,<br><br>v.<br><br>Markwayne MULLIN, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-3913-AGS-DDL<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner Jose Luis Hernandez Zamora seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 5, at 2.) The Court thus **GRANTS** the petition and orders that petitioner receive such a bond hearing by July 31, 2026, unless petitioner requests a continuance. In addition, the parties must submit a status update within seven days of the bond hearing that states the immigration judge's ruling (*i.e.*, whether it was granted or denied, on what grounds, any bond amount, and so on). All other deadlines and hearings are vacated. The Clerk's Office will issue a judgment and close this case.

Dated:  July 18, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-3913-AGS-DDL